UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| NATALIE RARDIN,<br>  for L.C., minor,<br><br>       Plaintiff<br><br>     v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>       Defendant | Case No. 2:10 cv 19 |

## REPORT AND RECOMMENDATION

On March 24, 2010, the plaintiff, Natalie Rardin, was ordered to file her opening brief on or before July 2, 2010. No brief was filed. On September 2, 2010, plaintiff was again ordered to file her opening brief on or before September 24, 2010. To date, no brief has been filed.

Therefore, it is RECOMMENDED that this matter be DISMISSED WITH PREJUDICE pursuant to Federal Rules of Civil Procedure 16(f) and 41(b).

ENTERED this 4th day of October, 2010

                                  s/ Andrew P. Rodovich
                                  United States Magistrate Judge