UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| NATALIE RARDIN, for L.C., minor, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 2:10-CV-19 JVB ) |
| COMMISSIONER OF SOCIAL SECURITY, | ) ) ) ) |
| Defendant. | ) |

**ORDER**

On January 13, 2010, the Plaintiff, *pro se*, filed her complaint against Defendant Commissioner of Social Security. On March 24, 2010, Magistrate Judge Andrew P. Rodovich set out a briefing schedule, requiring Plaintiff to file her opening brief by July 2, 2010. Plaintiff did not file her opening brief by this deadline. On September 2, 2010, Judge Rodovich ordered Plaintiff to file her opening brief with the Court on or before September 24, 2010, and warned her that failure to do so could result in the dismissal of her case pursuant to Federal Rules of Civil Procedure 16(f) and 41(b). To date, Plaintiff has not filed her opening brief.

Consequently, on October 4, 2010, Judge Rodovich issued a Report and Recommendation suggesting that the case be dismissed with prejudice pursuant to Federal Rules of Civil Procedure 16(f) and 41(b). Judge Rodovich advised the Plaintiff that objections to the Report and Recommendation were due by October 21, 2010. Plaintiff has not objected.

Accordingly, the Court accepts Judge Rodovich's Report and Recommendation and dismisses this case with prejudice.

SO ORDERED on November 22, 2010.

  s/ Joseph S. Van Bokkelen
JOSEPH S. VAN BOKKELEN
UNITED STATES DISTRICT JUDGE